IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America
                    Plaintiff                          **NOTICE**

vs.                                                    Case No. CR2-07-87


Christopher Paul                                       JUDGE FROST



                    Defendant


        **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:          United States District Court           **COURTROOM # 4**
                Joseph P. Kinneary U.S. Courthouse
                85 Marconi Boulevard                   **APRIL 13, 2007@ 10:00 A.M.**
                Columbus, Ohio 43215



        TYPE OF PROCEEDING: **ARRAIGNMENT ON INDICTMENT**
        **Arraignment commencing before the Detention Hearing**


                                        GREGORY L. FROST
                                        UNITED STATES DISTRICT JUDGE

DATE:   April 12, 2007


                                        ___/s / __Scott Miller_____
                                        (By) Scott Miller, Deputy Clerk


To: Dana Peters, Esq. 303 Marconi Blvd., 2nd Floor, Columbus, OH 43215
    James Gilbert, Esq., 425 Metro Place N., Suite 460, Dublin, OH 43017
    Don Wolery, Esq., 3620 N. High St., Suite 308, Columbus, OH 43214
    United States Marshal's Office
    United States Pretrial Services
    United States Probation