# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

UNITED STATES OF AMERICA

-vs-                                                        Case No. 2:07-cr-087 (1)

CHRISTOPHER PAUL
a/k/a Abdul
a/k/a Abdul Malek
a/k/a Abdul Malik
a/k/a Abdul Malik
a/k/a Abdulmaled
a/k/a Abdel Malek
a/k/a Abdul Malek Kenyatta
a/k/a Paul Kenyatta Laws
a/k/a Paul Laws

_____

ORDER OF TEMPORARY DETENTION
PENDING HEARING[1] PURSUANT TO
BAIL REFORM ACT

Upon motion of the Government, it is **ORDERED** that a detention hearing is set for

**FRIDAY**, **APRIL 13, 2007** at **10:00 A.M.** before United States Magistrate **Judge Terence P.**

**Kemp** in **Courtroom No. 183**, Joseph P. Kinneary U.S. Courthouse, 85 Marconi Boulevard,

Columbus, Ohio.  Pending this hearing, the defendant shall be held in custody by the United

States Marshal and produced for the hearing.

Date:   April 12, 2007

 */s/ Terence P. Kemp*
UNITED STATES MAGISTRATE JUDGE

_____

[1]If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the government, or up to five days upon motion of the defendant.  18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present.  Subsection (1) sets forth the grounds that may be asserted only by the attorney for the government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the government or upon the judicial officer's own motion, if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate or attempt to threaten, injure, or intimidate a prospective witness or juror.

AO 470 (8/85) Order of Temporary Detention