CRIMINAL MINUTES
4/13/07 ARRAIGNMENT ON INDICTMENT
CR2-07-87, USA V. CHRISTOPHER PAUL

AUSA: DANA PETERS, ROBYN HAHNERT & SYLVIA KASER
DEFENSE COUNSEL: JIM GILBERT & DON WOLERY
COURT REPORTER: DENISE ERRETT
COURTROOM DEPUTY: SCOTT MILLER

Defendant entered a plea of not guilty as to Counts 1-3 of the Indictment
Jury Trial set for June 18, 2007 at 9:00 a.m. in Courtroom # 4.
Defendant waived his right to a Detention Hearing at this time.
Defendant is remanded to custody of the U.S. Marshal's Service