AO 442    (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

SOUTHERN                    District of                    OHIO

07 APR 13 AM 10: 36

UNITED STATES OF AMERICA

V.                                              **WARRANT FOR ARREST**

CHRISTOPHER PAUL              Case Number:   **2:07 cr 87**
aka Abdul

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Christopher Paul aka Abdul
_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of   ☐ Probation   ☐ Supervised Release   ☐ Violation
court        Violation      Violation Petition      Notice
Petition

charging him or her with   (brief description of offense)

conspiracy to provide material support and resources to terrorists, conspiracy to use weapon of mass destruction, and providing material support and resources of terrorists

in violation of Title ____18____ United States Code, Section(s) _371, 2339A(a), 2332(a)(1)(2)(3) and (b)_

James Bonini                              _____
Name of Issuing Officer                   Signature of Issuing Officer

Clerk                                     April 11, 2007 -- Columbus, OH 43215
Title of Issuing Officer                  Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| Riverview Drive, Columbus, OH | | |
| DATE RECEIVED 4/11/2007 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 4/11/2007 | TISHA HARTSOUGH | Tisha Hartsough |