**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS**

**UNITED STATES OF AMERICA**

**-vs-**                                                                **Case No. 2:07-cr-087 (1)**

**CHRISTOPHER PAUL
a/ka/ Abdul
a/k/a Abdul Malek
a/k/a Abdul Malik
a/k/a Abdul Melik
a/k/a Abdulmaled
a/k/a Abdel Malek
a/k/a Abdul Malek Kenytatta
a/k/a Paul Kenyatta Laws
a/k/a Paul Laws**

_____

**ORDER OF DETENTION PENDING TRIAL**


In accordance with 18 U.S.C. §3142(f), a detention hearing has been held.  The following facts and circumstances require the defendant to be detained pending trial.

The defendant makes no application for release at this time.  A motion for conditions of release and a detention hearing may be filed at a later date.


**DIRECTIONS REGARDING DETENTION**

**CHRISTOPHER PAUL** is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  **CHRISTOPHER PAUL** shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States marshal for the purpose of an appearance in connection with a Court proceeding.


Date:   April 13, 2007

_/s/ Terence P. Kemp_____
UNITED STATES MAGISTRATE JUDGE