IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| v. | ) ) ) | Case No. 2:07 cr 087 |
| | ) ) | JUDGE GREGORY L. FROST |
| CHRISTOPHER PAUL, | ) ) | |
| Defendant. | ) ) | |

## **NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION**

Comes now the United States of America, by Gregory G. Lockhart, United States

Attorney, and Dana M. Peters, Assistant United States Attorney, both for the Southern District of

Ohio, and Sylvia T. Kaser, Trial Attorney, United States Department of Justice, National

Security Division, Counterterrorism Section, and hereby provides notice to this Court and the

defendant, Christopher Paul, that pursuant to Title 50, United States Code, Sections 1806(c) and

1825(d),  the government intends to offer into evidence or otherwise use or disclose in any

proceedings in the above-captioned matter, information obtained and derived from electronic

surveillance and physical search conducted pursuant to the Foreign Intelligence Surveillance Act

of 1978, as amended, 50 U.S.C. §§ 1801-1811, 1821-1829.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney


_____/s/_____
DANA M. PETERS (0034226)
Assistant United States Attorney
303 Marconi Boulevard
Suite 200
Columbus, Ohio 43215
(614) 469-5715
Fax: (614) 469-5653
Dana.Peters@usdoj.gov




_____/s/_____
SYLVIA T. KASER (D.C. Bar. 360918)
Trial Attorney
United States Department of Justice
National Security Division
Counterterrorism Section
10TH Street & Pennsylvania Ave., N.W.
Room 1535
Washington, D.C. 20530
(202) 305-9148
Fax: (202) 353-0778
Sylvia.Kaser@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2007, I served electronically (by ECF) the

foregoing Notice of Intent to Use Foreign Intelligence Surveillance Act Information on:

>       Don Wolery, Esq
>       James Gilbert, Esq.
>       425 Metro Place North, Ste. 460
>       Dublin, Ohio 43017


>                               __/s/_____
>                               Sylvia T. Kaser
>                               Trial Attorney