**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**                           **Case No. 2:07-cr-87**
                                              **JUDGE GREGORY L. FROST**

    **v.**

**CHRISTOPHER PAUL,**

      **Defendant.**

**ORDER**

On May 16, 2007, this matter came on for a pretrial conference.  Pursuant to discussions held with the parties at that conference, the Court **ORDERS**:

(1) On July 18, 2007 at 12:00 p.m., the Court will conduct an in-chambers status conference.  The Court will schedule subsequent periodic status conferences, or continued pretrial conferences, as needed to keep this case moving toward as expeditious a resolution as is possible.

(2) In light of the representations made at the pretrial conference, the parties shall complete non-expert discovery on or before April 11, 2008.

(3) The government shall file any § 4 CIPA motions on or before April 11, 2008.

(4) Defendant shall file any motions to suppress on or before July 11, 2008.  The government shall file any memorandum in opposition by July 25, 2008, and Defendant shall file a reply memorandum by August 1, 2008.  Any motion to suppress shall come on for an oral hearing on August 11, 2008 at 9:00 a.m. in Courtroom 4.

(5) The parties shall complete expert discovery on or before October 17, 2008.

(6) The parties shall file motions *in limine* and jury instructions on or before November 17, 2008.  The parties shall file any memoranda in opposition to motions *in limine* by December 1, 2008.  No reply memoranda are permitted.

(7) The parties shall file their exhibit lists and any stipulations before 12:00 p.m. on December 15, 2008.

(8) The final pretrial conference is set for December 15, 2008 at 1:00 p.m. in chambers.

(9) The jury trial shall commence on January 5, 2009 at 9:00 a.m. in Courtroom 4.

The Court notes for the record that the parties have agreed to the foregoing schedule, that counsel are aware of the need to adhere to all provisions of CIPA, and that the issues of § 5 notice and § 6 determinations shall be discussed again at a future status conference/continued pretrial conference.

**IT IS SO ORDERED**.

       /s/ Gregory L. Frost
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE