## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| United States Of America, | : |
| | : |
| Plaintiff, | : |
| | : Case No.  CR2-07-87 |
| v. | : |
| | : Judge Frost |
| Christopher Paul | : |
| | : |
| Defendant. | : |

---

### MOTION TO TRANSLATE DOCUMENTS AND POSTPONE TRIAL

---

.   COMES NOW the Defendant, Christopher Paul, by and through counsel, James D. Gilbert and Don Wolery, and respectfully requests the Court to Order that documents produced by the Plaintiff for discovery purposes be translated to English, so counsel may review and determine which documents may be used at trial of this matter.

Further, as a result of the numerous documents that will have to be translated and the required time necessary to properly review and assess the documents after translation, the pending trial date will need to be extended.

Respectfully submitted,

James D. Gilbert, Esq. (0007624)
Law Office of James D. Gilbert, LLC
425 Metro Place North, Ste. 460
Dublin, Ohio 43017
Telephone:  (614) 766-5423
Facsimile:  (614) 766-6418
Attorney for Defendant Christopher Paul

Don E. Wolery, Esq.
220 West Bridge Street, Ste. 200
Dublin, Ohio 43017
Telephone: (614) 799-1040
Facsimile: (614) 799-9400
Attorney for Defendant Christopher Paul

## MEMORANDUM IN SUPPORT

The Defendant has received discovery documents from the government that are in various foreign languages and have not been translated into English. These documents are extensive and may comprise significant information relating to the allegations against the Defendant pertaining to this case. The government has been investigating and preparing this case for several years. Defendant, at this juncture, has been investigating and preparing his case based upon voluminous information provided by the government in English. However, there is significant information that has not been translated that must be reviewed by counsel in preparation of the defense of this case.

In order to adequately prepare for trial, as well as to expedite the trial process, counsel must have some idea, which of the documents provided are intended for use at trial, as well as some idea, prior to trial, how each document will be referred to in the course of the presentation of evidence.

In addition, if the government intends to use any exhibits, charts, documents, or other types of demonstrative evidence, presently not in English, for opening statements, presentation

2

of evidence, or closing arguments, based upon these documents, the Defendant and counsel must have a clear picture of the content and information contained therein. Also, the Defendant must be able to review and assess the documents to permit proper objections to be made prior to or during trial, to enable the Defendant to properly counter this evidence at trial. In an ordinary case, such a request would be unnecessary. However, in a complex case (as this matter is), involving complex issues and numerous governmental agencies, concerning complicated questions, trial courts should take extreme care to ensure that summaries, demonstrative evidence and all available information be presented in a manner which will afford the Defendant a fair trial. [United States v. Scales, 594 F.2d 558, 564, (6th Cir. 1979)].

Finally, based upon consultation with certified translation specialists, the process of this type of translation is time consuming. The rough estimate is approximately six (6) months or longer for this process, given the anticipated volume of information needing to be translated. Further, it will take counsel a lengthy period of time to review this information with the Defendant once it has been translated.

THEREFORE, the Defendant respectfully request this case be continued from its original trial date scheduled for January 2009 based upon the above-stated issues.

Respectfully submitted,

James D. Gilbert, Esq. (0007624)
Law Office of James D. Gilbert, LLC
425 Metro Place North, Ste. 460
Dublin, Ohio 43017
Telephone: (614) 766-5423
Facsimile: (614) 766-6418
Attorney for Defendant Christopher Paul

3

Don E. Wolery, Esq.
220 West Bridge Street, Ste. 200
Dublin, Ohio 43017
Telephone:  (614) 799-1040
Facsimile:  (614) 799-9400
Attorney for Defendant Christopher Paul

## CERTIFICATE OF SERVICE

This certifies that a true and exact copy of the foregoing Motion To Translate Documents and Postpone Trial has been served upon:

Dana Peters Esq., Assistant United States Attorney
Robyn Hahnert, Esq., Assistant United States Attorney
U.S. Department of Justice
United States Attorney – Southern District of Ohio
Two Nationwide Plaza – 280 N. High Street, 4th Floor
Columbus, Ohio  43215

via Ordinary U.S. Mail, postage pre-paid, on this _____ day of March, 2008.

James D. Gilbert, Esq.

4