**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**UNITED STATES OF AMERICA**

      **v.**                                **NO.:  CR-2-07-087**
                                            **JUDGE FROST**

**CHRISTOPHER PAUL**

**GOVERNMENT'S RESPONSE TO MOTION
TO TRANSLATE DOCUMENTS AND POSTPONE TRIAL**

The United States does not oppose the request of the defendant for additional time to review the voluminous and complex evidence in this case.  Although the government is prepared to proceed with the current trial date, counsel certainly understands the need of the defense to, at least, review the foreign documents provided as part of discovery.  Due to the unusual and complex nature of those documents and the existence of novel questions of both fact and law in this case, it will take a significant amount of time to complete the necessary translations to allow for such a review.

Accordingly, a continuance of six months to enable the defense to have the documents translated and reviewed is certainly not unreasonable.  Pursuant to 18 U.S.C. §3161(h)(8), the ends of justice served in granting the defendant's request for a continuance far outweigh the need for a speedy trial.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney


s/Dana M. Peters
DANA M. PETERS (0034226)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio  43215
(614) 469-5715
Fax:  (614) 469-5653
Dana.Peters @usdoj.gov


s/Robyn Jones Hahnert
ROBYN JONES HAHNERT (0022733)
Assistant United States Attorney
Robyn.Hahnert @usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing response to defendant's motion for translation of documents and continuance of trial was served this 24th day of March, 2008, electronically on:   James D. Gilbert and Don E. Wolery, counsel for defendant Christopher Paul.

s/Robyn Jones Hahnert
ROBYN JONES HAHNERT (0022733)
Assistant United States Attorney