IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America
              Plaintiff                          **NOTICE**

vs.                                              Case No. CR2-07-87

Christopher Paul                                 JUDGE FROST

              Defendant


        **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:      United States District Court          **COURTROOM # 5**
            Joseph P. Kinneary U.S. Courthouse
            85 Marconi Boulevard                  **JUNE 3, 2008 @ 12:00 P.M.**
            Columbus, Ohio 43215


TYPE OF PROCEEDING:    **CHANGE OF PLEA HEARING**


                                          GREGORY L. FROST
                                          UNITED STATES DISTRICT JUDGE
DATE:   June 2, 2008

                                          ___/s /   Scott Miller_____
                                          (By) Scott Miller, Deputy Clerk


To: Robyn Hahnert & Dana Peters, Esq. 303 Marconi Blvd., 2nd Floor, Columbus, OH 43215
    James Gilbert, Esq., 425 Metro Place N., Suite 460, Dublin, OH 43017
    Don Wolery, Esq., 3620 N. High St., Suite 308, Columbus, OH 43214