CRIMINAL MINUTES
6/3/08 CHANGE OF PLEA HEARING
CR2-07-87, USA V. CHRISTOPHER PAUL

AUSA: ROBYN HAHNERT & DANA PETERS
DEFENSE COUNSEL: DON WOLERY AND JAMES GILBERT
COURT REPORTER: DENISE ERRETT
COURTROOM DEPUTY: SCOTT MILLER

Defendant changes his plea to guilty as to Count 2 of the Indictment.
Counts 1 and 3 will be dismissed at sentencing
PSI Ordered
Defendant to remain in custody pending sentencing