**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF OHIO
PROBATION OFFICE

U.S. COURTHOUSE
85 MARCONI BLVD., ROOM 504
COLUMBUS OH 43215-2398
(614) 719-3100

June 3, 2008

James Gilbert, Esq.
425 Metro Place, N., Ste. 460
Dublin, Ohio 43017

Don Wolery, Esq.
3620 N. High Street, Ste. 308
Columbus, Ohio 43214

RE:     Christopher Paul
        2:07CR087

Dear Mr. Gilbert/Wolery:

## DISCLOSURE NOTIFICATION

The presentence investigation ordered in the above case will be completed and the initial presentence report will be sent to you via certified mail on July 8, 2008.

You and/or your client have until July 25, 2008 to communicate objections to United States Probation Officer Richard V. Lenhart 719-3100 so that any objections may be resolved informally. Please forward any objections directly to the probation officer rather than filing the objections electronically with the clerk's office.

It is suggested that you and your client may want to review the report with the Probation Officer. The Probation Office has found that this often brings immediate resolution of a number of objections. The final presentence investigation report will be sent to the Court and the parties by August 15, 2008.

When the "final presentence report" is sent to the Judge, you will receive two copies even if there are no changes. The final presentence report will have addenda and certification and will be the official report used by the Court at the time of sentencing and sent to the Court of Appeals, if necessary.

Unauthorized copying or disclosure of the information contained in any draft or final presentence report, addendum, statement, or attachment to such a report is prohibited.

Very truly yours,

C. Patrick Crowley, Chief
U.S. Probation Officer

CC:  Defendant
     United States Attorney - Hahnert/Peters
     Clerk of Courts - Scott Miller
     File