IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


United States of America
                    Plaintiff                          **NOTICE**


vs.                                               Case No. CR2-07-87


Christopher Paul                                  JUDGE FROST


                    Defendant



         **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:        United States District Court          **COURTROOM # 5**
              Joseph P. Kinneary U.S. Courthouse
              85 Marconi Boulevard                  **FEBRUARY 26, 2009 @ 12:00 P.M.**
              Columbus, Ohio 43215


TYPE OF PROCEEDING: **SENTENCING HEARING**

                                        GREGORY L. FROST
                                        UNITED STATES DISTRICT JUDGE
DATE:   February 12, 2009


                                          /s /   Scott Miller
                                        (By) Scott Miller, Deputy Clerk



To: Dana Peters & Robyn Hahnert, Esq. 303 Marconi Blvd., 2nd Floor, Columbus, OH 43215
    Jim Gilbert, Esq., 425 Metro Place North., Suite 460, Dublin, OH 43017
    Don Wolery, Esq., 220 West Bridge St., Suite 200, Dublin, OH 43017
    United States Marshal's Office
    United States Pretrial Services
    United States Probation