CRIMINAL MINUTES
2/26/09 SENTENCING HEARING
CR2-07-87, USA V. CHRISTOPHER PAUL

AUSA: DANA PETERS & ROBYN HAHNERT
DEFENSE COUNSEL: DON WOLERY & JIM GILBERT
COURT REPORTER: DENISE ERRETT
COURTROOM DEPUTY: SCOTT MILLER

Defendant sentenced to 240 months imprisonment on Count 2 of the Indictment.
Upon release from imprisonment, the Defendant shall be placed on 5 years Supervised Release.
No fine imposed.
$100.00 Special Assessment is applied.
Defendant advised to his rights on appeal.
Defendant remanded to the custody of USMS.