IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

     v.                                         Case No. 2:07-cr-00087

Christopher Paul

<u>Order of Recusal</u>

The undersigned hereby recuses himself from this case and instructs that it be redrawn.

Date: August 23, 2024                                   s/ James L. Graham

                                                      James L. Graham
                                                    United States District Judge